RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 7 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

MAY 0 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Jamie Lee Bledsoe
Vs
The State of Texas

06-14-00138-CR
12-D374X

IN THE COURT OF
APPEALS Sixth
APPellate District

## MOTION TO INTERVENCE

TO THE HONORABLE JUDGE OF SAID COURT

NOW Come's THE APPellant IN The Above and Numberous Cause's AND file this motion to INTERVENCE.

APPellant would show This Court the following.

### A.

ON July 23rd 2014 The 71st Judicial Court by and through the Asst. District Attorney Abuses its discretion when he improperly applie the Law Concerning the use of a Prior enhancement on Cause NO. D8:D177X a State Jail felony Punishable under 12.35 (a) TO enhance another State Jail felony Punishable under 12.35 (a) to the maximum Punishmer of a Second degree felony.

### B.

Srid Asst District Attorney was Put on Judicial Notice on a motion for New Trial threw repeate argument's Concerning the illegal use of Cause NO. D8:D177X but Continue to Act in bad faith and Continue to turn a blind eye to it's illegal effect.
See R-R V. 6 0f 7 Pg. 22-23- Line 10-25 Pg. 24

### C.

Instead of acknowledge the Leg. enactment of Law threw it's Statute of Penal Code Section 12.425(b) which Specifically State's finally Convicted of two felonies "other" than a State Jail felony Punishable under Section 12.35(a), he enacted his erroneous version of the language of Punishable under section 12.35(a)
See R-R V. 6 0f 7 Pg. 22 Line 8-25

## D.

Appellate made his objection to Cause No: 08:0177X during the Punishment Phase of trial.
See R-R V. 5 of 7 Pg -19 Line 10- 15

Appellate Plead un True to the illegal enhancement
See R-R V. 5 of 7 Pg- 6-Line. 9-11

## E.

During the Punishment Phase the Asst. District Attorney Made erroneous Statements to the Jurors that the evidence would show that the two Previous Convictions was felony's Other than a State Jail felony. See Cause No. 08:0177X
See R-R. V. 5 of 7 Pg- 6- Line 23-25

## F.

Appellate appeal attorney showed ineffective assistance by filing a Anders Brief and alleging that he diligently searched both the Clerk's Record and the Reporter's Record and the exhibits in Cause number 12-0374X, and that he examined the facts and researched the applicable Law of Texas and the United States, and have Painstakingly searched for any arguable issue. and could not fine any.
See Page 4 of 18. Attorneys Anders Brief

## G.

Appellate threw Painstaking efford researched Case Law to halp aid his attorney Citing. State v. white 959 S.w.dd 375 LTcx. App- Fort Worth, 1998, Pet. ref'd]; Webb v. State, 12 S.w. 3d 808 LTcx. Crim. App. 2000) Waits v. state, 56 s.w.3d 56 LTcx. App. - Fort Worth, 2001, and the Criminal Court of Appeal's holding in Campbell v. State 49 s.w. 3d at 875, only for him to turn a blind eye and not argue the Case Law, instead he Put them into a footnote un argued. See Page 16 of 18 anders Brief.

These case Law's would have clearly showed that the state error by re-using Cause No: 08:0177X as a regular felony to enhance appellate Conviction to a 2nd degree felony and Sentence him to (20) years.

## H.

Appellate therefore repeatly ask this Court to review the allegation set out in this motion to Intervence; do a Professional evaluation of the law; set out in the Penal Code statute 12.425(b) and the law's that is applicable to State Jail felony's that are Punishable under 12.35 (a)" in which this Court will clearly see that Cause No: 08: 0177x is a state Jail felony Punishable under 12.35(a) and could not be re used to enhance another State Jail felony under 12: 35 (a) to a second degree.

the State Cannot make a offense what they want it to be solely by it's use for Punishment, they used Cause no. 08:0177x as a regular felony as a Second degree felony. "fact1"

\* The trial Court error and abuses its discretion when it imProPerty applies the law, to the fact in which a magistrate or judge has rendered a decision that was Considered in correct, in light of Prevailing law by the reviewing authority.

### Jdicial Fact.

There has never been anything in Texas law that Prevented any court with Jurisdiction over a criminal case from Noticing and correcting an illegal sentence see Mizell v. State. 119 S.W.3d 804 ( Tex. Cr. App. 2001).

### PRAYER.

Wherefore, Premise, Considered, appellant Pray, this Court will fully acknowledge the facts of this inJustice that is going blind by the Lower Court and the appointment of appeal attorney, and make the Correct ruling Concerning the illegal sentence, and any other relief deem ProPer.

Respectfully Submitted
Jamie Lee Bledsoe

## Certificate Of Service

I Jamie Lee Bledsoe, hereby Certify Under Penalty Of Perjury that a true and Correct Copy of the Motions to INTervence Has been Provided to Clerk: DEBRA K. AUTREY, At BI-STATE JUSTICE BUILDING 100 NORTH State LINE AVENUE # 20 TEXARKANA, TEXAS by Placing Said document in a Postage Paid envelope and mailing Said envelope via United States mail this May 14th 2015

Jamie Lee Bledsoe